**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION**

**RIVER VALLEY PRODUCTION, LLC
d/b/a RIVER VALLEY RELIEF
CULTIVATION**

        **PLAINTIFF,**

v.                                      **CASE NO. 2:23-CV-02032**

**OBSIDIAN INSURANCE COMPANY**

        **DEFENDANT.**

## NOTICE OF SETTLEMENT

COME NOW, Plaintiff River Valley Production, LLC d/b/a River Valley Relief Cultivation and Defendant Obsidian Insurance Company (the "Defendant"), by and through their respective undersigned counsel, respectfully submit this Notice of Settlement and inform the Court that the parties have reached a settlement in principle and a formal dismissal will be forthcoming.

Dated, this 19th day of May, 2023.

| *Prepared and Consented to by:* | *Consented to by:* |
|---|---|
| /s/ *Seth M. Friedman* | /s/ *Matthew T. Horan* |
| Seth M. Friedman | Matthew T. Horan |
| *Admitted Pro Hac Vice* | *(w/express permission)* |
| Lewis, Brisbois, Bisgaard & Smith, LLP | ABA #76050 |
| 600 Peachtree Street, Suite 4700 | Smith, Cohen & Horan, PLC |
| Atlanta, Georgia 30308 | P.O. Box 10205 |
| (404) 348-8585 | Fort Smith, AR 72917-0205 |
| (404) 467-8845 (Fax) | (479) 782-1001 |
| seth.friedman@lewisbrisbois.com | (479) 782-1279 (Fax) |
| | mth.smcrh@mac.com |
| Grant E. Fortson (ABN 92148) | *Attorney for River Valley Production, LLC d/b/a River Valley Relief Cultivation* |
| LAX, VAUGHAN, FORTSON, ROWE & THREET, P.A. | |
| 11300 Cantrell Road, Suite 201 | |

1

Little Rock, AR 72212
501-376-6565 ph
501-376-6666 fx
gfortson@laxvaughan.com
*Attorneys for Obsidian Insurance Company*

**CERTIFICATE OF SERVICE**

    I, the undersigned counsel, certify that on May 19, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send notification to all counsel of record.

                                      /s/ *Seth M. Friedman*
                                      Seth M. Friedman